FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

Gregory B. Regan )
[Enter above the full name of )
the plaintiff in this action] )
)
)
v. ) Docket No.
)
York County Sheriff )
+ Jail Complex )
)
)
)
)
[Enter above the full name of )
the defendant(s) in this action] )

I.      Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes [   ]   No [ ]

    B.    If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s)  _____

            Defendant(s)  _____

        2. Court [If federal court, name the district; if state court, name the county]

            _____

        3. Docket number  _____

        4. Name of judge whom case was assigned_____

5. Outcome [for example: It is still pending?  Was it dismissed?  Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome_____

II.    Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes [   ]      No [   ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?            Yes [   ]      No [   ]

C. If your answer is "Yes"

1. What steps did you take? _____
_____
_____

2. What was the result? _____
_____
_____

III.   Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff ___Gregory B. Regan___

Address ___84 Rines Rd. Alton NH. 03809___

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant ___York County___

Position ___Jail + Sheriffs___

Address ___1 York County___

C. Additional Defendant(s) ___Corporal daignle___

gvgoryma1613 gmail.com

Officer Marcello
Sherrif King

## IV. Statement of Claim

[State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

Was that unlawfully arrested by Marcello. Beat a senslessly by dwgale held under duress untill infection set in resulting in # Amputations. I was subsequencly not allowed to speak with family by King.

## V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

Show the validity of my axims and find a justice. both fine-dally + criminally.

Signed this ___ day of ___ June ___, 20__ 4

**Signature of Plaintiff**

I declare under penalty of perjury that the foregoing is true and correct.

Three fourth
Year of Our lord
2026 Ad.

Date

**Signature of Plaintiff**